# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Barbara Petro

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court-Southern District of New York (Manhattan) division</u>

8. Defendants (check Defendants against whom Complaint is made):

    X    C.R. Bard Inc.

    X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    X    Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other:_____

11. Date of Implantation as to each product:

September 20, 2011_____

12. Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:     Strict Products Liability – Manufacturing Defect

X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:   Strict Products Liability – Design Defect

X   Count IV:    Negligence - Design

X   Count V:     Negligence - Manufacture

☐   Count VI:    Negligence – Failure to Recall/Retrofit

X   Count VII:   Negligence – Failure to Warn

X   Count VIII:  Negligent Misrepresentation

X   Count IX:    Negligence *Per Se*

X   Count X:     Breach of Express Warranty

X   Count XI:    Breach of Implied Warranty

X   Count XII:   Fraudulent Misrepresentation

X   Count XIII:  Fraudulent Concealment

X   Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

| | | |
|---|---|---|
| 1 | ☐ | Count XV: Loss of Consortium |
| 2 | ☐ | Count XVI: Wrongful Death |
| 3 | ☐ | Count XVII: Survival |
| 4 | X | Punitive Damages |
| 5 | ☐ | Other(s): _____ (please state the facts supporting |

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    X    Yes

    ☐    No

RESPECTFULLY SUBMITTED this 8th day of February, 2017.

1
2          **LAW OFFICES OF BEN C. MARTIN**
3
4          By: */s/ Ben C. Martin*
               Ben C. Martin
               3710 Rawlins Street, Suite 1230
5              Dallas, Texas 75219
               214/761-6614 (Tel)
6              214/744-7590 (Fax)
               *bmartin@bencmartin.com*
7
8          COUNSEL FOR PLAINTIFF

9          **CERTIFICATE OF SERVICE**
10
         I hereby certify that on this 8th day of February, 2017, I electronically transmitted the
11   attached document to the Clerk's Office using the CM/ECF System for filing and transmittal
     of a Notice of Electronic Filing.
12
13
14
                                   */s/ Ben C. Martin*
15                                  Ben C. Martin
16
17
18
19
20